Jared T. Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff,
PAULINE DUVAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE DUVAL,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No.: 18-cv-02701-KJN<br><br>STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended thirty (30) days from the present date such that Plaintiff's new deadline, with the Court's approval, will be July 8, 2019. This is Plaintiff's first request for an extension of time. Plaintiff recently retained new counsel who first appeared in this action on May 18, 2019, and only thereafter received the administrative record, having no prior familiarity with this case, the record of which exceeds 1,000 pages. With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Dated:  June 7, 2019                                Respectfully submitted,


                                                    /s/ *JARED WALKER*
                                                    Jared T. Walker,
                                                    Attorney for Plaintiff

SO STIPULATED:

                                             McGREGOR W. SCOTT
                                             United States Attorney

Dated:                           By:   /s/ *Sharon Lahey\**
                                       (\**authorized by email on 6/7/2019*)
                                       Sharon Lahey
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant

                                                 <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: June 11, 2019

                                                                                 KENDALL J. NEWMAN
                                                                                 UNITED STATES MAGISTRATE JUDGE

duval.2701