MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| PAULINE DUVAL,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | 2:18-cv-02701-KJN<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 30-day extension of time from August 21, 2019 to September 20, 2019 to respond to Plaintiff's opening brief. Defendant's counsel was reassigned this case on July 2, 2019. Since that time, counsel has been out of the office for 13 days on work-related travel. Counsel, therefore, requests additional time to review the record and draft the brief.

This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: August 20, 2019          */s/ Jared T. Walker by Chantal R. Jenkins\**
*As authorized *via* email on August 20, 2019
Jared T. Walker
Attorney for Plaintiff

Dated: August 20, 2019          MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

## ORDER

APPROVED AND SO ORDERED:

Dated: August 21, 2019

duva.2701

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE