McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| PAULINE DUVAL,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | 2:18-cv-02701-KJN<br><br>STIPULATION AND ORDER TO SUPPLEMENT THE ADMINISTRATIVE RECORD |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the record shall be supplemented by the hearing transcript filed on August 27, 2019. *See* Doc. No. 19. Defendant's counsel was reassigned this case on July 2, 2019 after the initial administrative transcript was filed. *See* Doc. No. 15. Upon reviewing the transcript, counsel noticed that three pages were missing from Plaintiff's hearing testimony (between AR[1] 36-37). Counsel, therefore, requested a supplemental hearing transcript. Plaintiff will have the opportunity to address the supplemental transcript in her reply brief.

---

[1] AR refers to the initial administrative record filed on April 16, 2019.

1

Respectfully submitted,

Dated: September 13, 2019        */s/ Jared T. Walker by Chantal R. Jenkins*\*
                                 \*As authorized *via* email on September 13, 2019
                                 Jared T. Walker
                                 Attorney for Plaintiff

Dated: September 13, 2019        McGREGOR W. SCOTT
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                          By:    */s/ Chantal R. Jenkins*
                                 CHANTAL R. JENKINS
                                 Special Assistant United States Attorney

## ORDER

APPROVED AND SO ORDERED:

Dated: September 17, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

duva.2701